IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRANDON E. THOMPSON,              )
                                  )
           Plaintiff,             )
                                  )
     v.                           )    1:24CV139
                                  )
CITY OF DURHAM, et al.,           )
                                  )
           Defendant(s).          )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. The form of the Complaint is such that a serious flaw makes it impossible to further process the Complaint. The problem is:

1. Pursuant to the Prison Litigation Reform Act, Plaintiff may no longer proceed *in forma pauperis* in this Court unless he is under imminent danger of serious physical injury. The Act provides that:

   > In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

   28 U.S.C. 1915(g). Plaintiff has had at least four cases dismissed on the grounds that they were frivolous or failed to state a claim upon which relief could be granted. Thompson v. Biden, No. 5:22-ct-3451-BO-RJ (E.D.N.C. April 14, 2023) (unpublished); Thompson v. Trump, No. 5:22-ct-3373-FL, (E.D.N.C. May 26, 2023) (unpublished); Thompson v. Executive Branch of the United

States Government, No. 5:22-ct-3221-FL (E.D.N.C. Feb. 23, 2023) (unpublished); Thompson v. Executive Branch of the United States Government, No. 5:20-ct-3294-BO (E.D.N.C. Feb. 16, 2021) (unpublished). Therefore, he cannot proceed *in forma pauperis* without showing he is in imminent danger of serious physical injury. Plaintiff is not in imminent danger based on the facts in the Complaint and cannot proceed *in forma pauperis*.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which is accompanied by the applicable $405.00 filing fee. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which is accompanied by the applicable $405.00 filing fee.

This, the 6th day of March, 2024.

/s/ Joe L. Webster
United States Magistrate Judge