IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
BRANDON E. THOMPSON,              )
                                  )
          Plaintiff,              )
                                  )
     v.                           )    1:24-cv-139
                                  )
CITY OF DURHAM, DURHAM COUNTY     )
POLICE DEPARTMENT, ANGELA         )
ASHBY, OFFICER BROWN, J.R.        )
SALMON, INVESTIGATOR WHEELER,     )
INVESTIGATOR SOUCIE, OFFICER      )
HALL, INVESTIGATOR BOND,          )
INVESTIGATOR BURWELL, and         )
INVESTIGATOR MEDINA,              )
                                  )
          Defendants.             )
```

## ORDER

On March 6, 2024, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 5, 6.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 5), is **ADOPTED. IT IS FURTHER ORDERED**

that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which is accompanied by the applicable $405.00 filing fee.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 16th day of April, 2024.

                              /s/ William L. Osteen, Jr.
                              United States District Judge